**FOSTER BOX BOARD COMPANY, Appellant, v. Jesse W. CLARKE, Individually, and as Collector of Internal Revenue, Appellee.**

**FOSTER BOX BOARD COMPANY, Appellant, v. Neal BREWSTER, Individually and as Collector of Internal Revenue, Appellee.**

Nos. 421, 422.

Circuit Court of Appeals, Second Circuit.

June 7, 1937.

Knowlton Durham, of New York City (Knowlton Durham and Alfred S. Forsyth, both of New York City, of counsel), for appellant.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Joseph M. Jones, Sp. Assts. to the Atty. Gen., for appellees.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgments affirmed on the authority of A. Schrader's Sons v. United States (C.C. A.) 51 F.(2d) 1038, and Renfrew Mfg. Co. v. United States (D.C.) 53 F.(2d) 404.

**Emma FRYER et al., Appellants, v. C. S. McCAIN, Trustee, et al.**

No. 10858.

Circuit Court of Appeals, Eighth Circuit.

April 29, 1937.

Linwood Brickhouse and W. R. Donham, both of Little Rock, Ark., for appellants.

John Sherrill and Howard Cockrill, both of Little Rock, Ark., for appellees.

PER CURIAM.

Appeal dismissed, with costs, for failure to comply with rule 23, on motion of appellees.